Michael A. Firestein (SBN 110622)
mfirestein@proskauer.com
Joshua J. Pollack (SBN 215922)
jpollack@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Tel: 310.557.2900
Fax: 310.557.2193

Brendan J. O'Rourke*
Adam D. Siegartel*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900
*Admitted *pro hac vice* in District of Nevada

Attorneys for plaintiff-opposer
Heritage-Nevada VIII, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HERITAGE-NEVADA VIII, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>WORLD MARKET CENTER VENTURE, LLC,<br><br>           Defendant. | Case No. 3:08-mc-80245-VRW<br><br>(Case No. 2:08-cv-00130-PMP-RJJ pending in the United States District Court for the District of Nevada)<br><br>**JOINT STIPULATION REQUESTING A 30-DAY CONTINUANCE OF WORLD MARKET CENTER VENTURE LLC'S MOTION TO QUASH SUBPOENA AND PROPOSED ORDER THEREON** |

Plaintiff-opposer Heritage-Nevada VIII, LLC ("Heritage"), defendant-movant World Market Center Venture, LLC ("WMC"), and joining party Cost Plus Management Services, Inc. ("Cost Plus") hereby submit the following joint stipulation and proposed order for a 30-day continuance of the January 29, 2009

hearing date and all related opposition and reply deadlines in connection with WMC's pending motion to quash a subpoena that Heritage previously served upon Cost Plus (Heritage, WMC, and Cost Plus are collectively the "parties").

The information and materials that are the subject of Heritage's subpoena and WMC's motion to quash overlap at least in part with documents that are the subject of Heritage's motion to compel currently pending in the United States District Court for the District of Nevada, the court responsible for and most familiar with the underlying litigation and its background facts. WMC cites this overlap in its moving papers. *See, e.g.,* WMC supporting memorandum of law at 4, 7 (arguing that the documents that Heritage seeks in its subpoena "are presently the subject of [a] dispute that is being heard on an expedited basis by the Nevada District Court").

A hearing on Heritage's motion to compel in the District of Nevada is currently scheduled for January 15, 2009. The parties are in agreement that the resolution of Heritage's motion to compel could be helpful and potentially instructive to this Court, and that a 30-day continuance of the January 29, 2009 hearing date and all related filing deadlines is desirable and warranted in the interests of judicial economy. For example, one issue on the motion to compel before the Nevada trial court is whether settlement documents and other agreements between WMC and Cost Plus concerning the trademark WORLD MARKET CENTER are relevant in the Nevada litigation. Such documents and agreements are also the subject of Heritage's subpoena and the motion to quash.

If this Court believes that a continuance for a period other than 30 days is warranted and/or more convenient for this Court, the parties would be amenable to the Court's selected duration. The parties stipulate that the deadline for all opposition and reply filings will be based upon the newly-selected hearing date, in accordance with the Northern District of California local rules.

The parties reserve all rights, remedies, objections, and arguments in connection with this motion to quash, including (1) Heritage's argument that WMC's motion was procedurally defective and not filed in accordance with the Northern District of California local rules; (2) WMC's and Cost Plus' argument that Heritage's subpoena was procedurally defective and not served in accordance with these local rules; and (3) Cost Plus' request that if WMC's motion to quash is denied and Cost Plus is ordered to comply with Heritage's subpoena, Heritage should be ordered to pay for Cost Plus' costs and fees.

Dated: January 8, 2009                                             IT IS SO STIPULATED.

| /s/ Michael A. Firestein | /s/Rob L. Phillips | /s/Leila C. Knox |
|---|---|---|
| Michael A. Firestein (SBN 110622) | Rob L. Phillips (SBN 175354) | Marcy J. Bergman (SBN 75826) |
| mfirestein@proskauer.com | phillipsr@gtlaw.com | mbergman@cwclaw.com |
| PROSKAUER ROSE LLP | Mark G. Tratos** | Leila C. Knox (SBN 245999) |
| 2049 Century Park East | Ronald D. Green** | lknox@cwclaw.com |
| 32nd Floor | F. Christopher Austin** | COOPER, WHITE & COOPER LLP |
| Los Angeles, CA 90067-3206 | GREENBERG TRAURIG LLP | 201 California Street, 17th Floor |
| Tel: 310.557.2900 | 3773 Howard Hughes Parkway | San Francisco, CA 94111 |
| Fax: 310.557.2193 | Suite 500 North | Tel: 415.433.1900 |
|  | Las Vegas, NV 89101 | Fax: 415.433.5530 |
| Brendan J. O'Rourke* | Tel: 702.792.3773 |  |
| Adam D. Siegartel* | Fax: 702.792.9002 | *Attorneys for joining party* |
| PROSKAUER ROSE LLP |  | *Cost Plus Management Services, Inc.* |
| 1585 Broadway | **Admitted in District of Nevada |  |
| New York, NY 10036 |  |  |
| Tel: 212.969.3000 | *Attorneys for defendant-movant* |  |
| Fax: 212.969.2900 | *World Market Center* |  |
| *Admitted pro hac vice in District of Nevada | *Venture, LLC* |  |
|  |  |  |
| *Attorneys for plaintiff-opposer* |  |  |
| *Heritage-Nevada VIII, LLC* |  |  |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                        /s/   Joshua J. Pollack
                                              Joshua J. Pollack

# ~~PROPOSED~~ ORDER

Having considered the foregoing joint stipulation requesting a 30-day continuance of World Market Center Venture LLC's motion to quash subpoena, it is HEREBY ORDERED that the hearing date for this motion is continued to _Thursday, March 19_, 2009, and that all opposition and reply filings will be based upon this new hearing date in accordance with the Northern District of California local rules.

_____

DISTRICT COURT [MAGISTRATE] JUDGE

Dated:

*[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]*

JOINT STIPULATION
CASE NO. 3:08-mc-80245-VRW

4

# **CERTIFICATE OF SERVICE**

I declare that: I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206. I am admitted to practice in the United States District Court for the Northern District of California.

On January 8, 2009, I caused a true and correct copy of the Joint Stipulation Requesting A 30-Day Continuance Of World Market Center Venture LLC's Motion To Quash Subpoena And Proposed Order Thereon, to be served by first class mail and electronic mail upon counsel for World Market Center Venture, LLC and Cost Plus Management Services, Inc. at the following addresses:

| | |
|---|---|
| Ronald D. Green (greenro@gtlaw.com) | Marcy J. Bergman (mbergman@cwclaw.com) |
| F. Christopher Austin (austinc@gtlaw.com) | Leila C. Knox (lknox@cwclaw.com) |
| Greenberg Traurig LLP | Cooper, White & Cooper LLP |
| 3773 Howard Hughes Parkway | 201 California Street, 17th Floor |
| Suite 500 North | San Francisco, CA 94111 |
| Las Vegas, NV 89101 | *Attorneys for joining party* |
| *Attorneys for movant* | *Cost Plus Management Services, Inc.* |
| *World Market Center Venture, LLC* | |

Executed on January 8, 2009 at Los Angeles, California.

         /s/ Joshua J. Pollack
         Joshua J. Pollack