Michael A. Firestein (SBN 110622)
mfirestein@proskauer.com
Joshua J. Pollack (SBN 215922)
jpollack@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Tel: 310.557.2900
Fax: 310.557.2193

Brendan J. O'Rourke*
Adam D. Siegartel*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900
*Admitted *pro hac vice* in District of Nevada

*Attorneys for plaintiff-opposer*
*Heritage-Nevada VIII, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HERITAGE-NEVADA VIII, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WORLD MARKET CENTER VENTURE, LLC,<br><br>Defendant. | Case No. 3:08-mc-80245-VRW<br><br>(Case No. 2:08-cv-00130-PMP-RJJ pending in the United States District Court for the District of Nevada)<br><br>**SECOND JOINT STIPULATION REQUESTING A 30-DAY CONTINUANCE OF WORLD MARKET CENTER VENTURE LLC'S MOTION TO QUASH SUBPOENA AND PROPOSED ORDER THEREON** |

    Plaintiff-opposer Heritage-Nevada VIII, LLC ("Heritage"), defendant-movant World Market Center Venture, LLC ("WMC"), and joining party Cost Plus Management Services, Inc. ("Cost Plus") hereby submit the following second joint stipulation and proposed order for a 30-day continuance of the March 19, 2009

hearing date and all related opposition and reply deadlines in connection with WMC's pending motion to quash a subpoena that Heritage previously served upon Cost Plus (Heritage, WMC, and Cost Plus are collectively the "parties").

This Court previously continued the hearing date for WMC's pending quash motion from January 29, 2009 to March 19, 2009, based upon the parties' filing of a January 8, 2009 joint stipulation requesting such relief. That prior stipulation requested a continuance because the information and materials that are the subject of Heritage's subpoena and WMC's motion to quash overlap at least in part with documents that are the subject of Heritage's motion to compel currently pending in the United States District Court for the District of Nevada, the court responsible for and most familiar with the underlying litigation and its background facts. As discussed in the prior stipulation, WMC cited this overlap in its moving papers. *See, e.g.,* WMC supporting memorandum of law at 4, 7 (arguing that the documents that Heritage seeks in its subpoena "are presently the subject of [a] dispute that is being heard on an expedited basis by the Nevada District Court").

As referenced in the parties' prior stipulation, Heritage's motion to compel in the District of Nevada has been fully briefed and was argued on January 15, 2009, and the parties await the court's decision on that motion to compel.

The parties remain in agreement that the resolution of Heritage's motion to compel could be helpful and potentially instructive to this Court, and that a 30-day continuance of the March 19, 2009 hearing date and all related filing deadlines remains desirable and warranted in the interests of judicial economy.

The parties stipulate that the deadline for all opposition and reply filings will be based upon the newly-selected hearing date, in accordance with the Northern District of California local rules.

The parties reserve all rights, remedies, objections, and arguments in connection with this motion to quash, including (1) Heritage's argument that

WMC's motion was procedurally defective and not filed in accordance with the Northern District of California local rules; (2) WMC's and Cost Plus' argument that Heritage's subpoena was procedurally defective and not served in accordance with these local rules; and (3) Cost Plus' request that if WMC's motion to quash is denied and Cost Plus is ordered to comply with Heritage's subpoena, Heritage should be ordered to pay for Cost Plus' costs and fees.

Dated: February 23, 2009                                    IT IS SO STIPULATED.

| /s/ Michael A. Firestein | /s/Rob L. Phillips | /s/Marcy J. Bergman |
|---|---|---|
| Michael A. Firestein (SBN 110622) | Rob L. Phillips (SBN 175354) | Marcy J. Bergman (SBN 75826) |
| mfirestein@proskauer.com | phillipsr@gtlaw.com | mbergman@cwclaw.com |
| Joshua J. Pollack (SBN 215922) | Mark G. Tratos** | Leila C. Knox (SBN 245999) |
| jpollack@proskauer.com | Ronald D. Green** | lknox@cwclaw.com |
| PROSKAUER ROSE LLP | F. Christopher Austin** | COOPER, WHITE & COOPER LLP |
| 2049 Century Park East | GREENBERG TRAURIG LLP | 201 California Street, 17th Floor |
| 32nd Floor | 3773 Howard Hughes Parkway | San Francisco, CA 94111 |
| Los Angeles, CA 90067-3206 | Suite 500 North | Tel: 415.433.1900 |
| Tel: 310.557.2900 | Las Vegas, NV 89101 | Fax: 415.433.5530 |
| Fax: 310.557.2193 | Tel: 702.792.3773 | |
| | Fax: 702.792.9002 | *Attorneys for joining party* |
| Brendan J. O'Rourke* | | *Cost Plus Management Services, Inc.* |
| Adam D. Siegartel* | **Admitted in District of Nevada | |
| PROSKAUER ROSE LLP | | |
| 1585 Broadway | *Attorneys for defendant-movant* | |
| New York, NY 10036 | *World Market Center* | |
| Tel: 212.969.3000 | *Venture, LLC* | |
| Fax: 212.969.2900 | | |
| *Admitted *pro hac vice* in District of Nevada | | |
| *Attorneys for plaintiff-opposer* | | |
| *Heritage-Nevada VIII, LLC* | | |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

        /s/   Joshua J. Pollack
             Joshua J. Pollack

# ~~PROPOSED~~ ORDER

Having considered the foregoing second joint stipulation requesting a 30-day continuance of World Market Center Venture LLC's motion to quash subpoena, it is HEREBY ORDERED that the hearing date for this motion is continued to ___April 23_____, 2009, and that all opposition and reply filings will be based upon this new hearing date in accordance with the Northern District of California local rules.

_____
DISTRICT COURT
Dated:

*[GRANTED — Judge Vaughn R Walker — 2/23/2009]*

# **CERTIFICATE OF SERVICE**

I declare that: I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206. I am admitted to practice in the United States District Court for the Northern District of California.

On February 23, 2009, I caused a true and correct copy of the Second Joint Stipulation Requesting A 30-Day Continuance Of World Market Center Venture LLC's Motion To Quash Subpoena And Proposed Order Thereon, to be served by first class mail and electronic mail upon counsel for World Market Center Venture, LLC and Cost Plus Management Services, Inc. at the following addresses:

| | |
|---|---|
| Ronald D. Green (greenro@gtlaw.com) | Marcy J. Bergman (mbergman@cwclaw.com) |
| F. Christopher Austin (austinc@gtlaw.com) | Leila C. Knox (lknox@cwclaw.com) |
| Greenberg Traurig LLP | Cooper, White & Cooper LLP |
| 3773 Howard Hughes Parkway | 201 California Street, 17th Floor |
| Suite 500 North | San Francisco, CA 94111 |
| Las Vegas, NV 89101 | *Attorneys for joining party* |
| *Attorneys for movant* | *Cost Plus Management Services, Inc.* |
| *World Market Center Venture, LLC* | |

Executed on February 23, 2009 at Los Angeles, California.

      /s/   Joshua J. Pollack
          Joshua J. Pollack