Michael A. Firestein (SBN 110622)
mfirestein@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Tel: 310.557.2900
Fax: 310.557.2193

Brendan J. O'Rourke*
Adam D. Siegartel*
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tel: 212.969.3000
Fax: 212.969.2900
*Admitted *pro hac vice* in District of Nevada

*Attorneys for plaintiff-opposer
Heritage-Nevada VIII, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HERITAGE-NEVADA VIII, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WORLD MARKET CENTER VENTURE, LLC, <br><br> Defendant. | Case No. 3:08-mc-80245-VRW <br><br> (Case No. 2:08-cv-00130-PMP-RJJ pending in the United States District Court for the District of Nevada) <br><br> **THIRD JOINT STIPULATION REQUESTING A 30-DAY CONTINUANCE OF WORLD MARKET CENTER VENTURE LLC'S MOTION TO QUASH SUBPOENA AND** ~~PROPOSED~~ **ORDER THEREON, IN LIGHT OF RELATED MOTION TO COMPEL PENDING IN DISTRICT OF NEVADA** |

Plaintiff-opposer Heritage-Nevada VIII, LLC ("Heritage"), defendant-movant World Market Center Venture, LLC ("WMC"), and joining party Cost Plus Management Services, Inc. ("Cost Plus") hereby submit the following third joint stipulation and proposed order for a 30-day continuance of the April 23, 2009 hearing date and all related opposition and reply deadlines in connection with

WMC's pending motion to quash a subpoena that Heritage previously served upon Cost Plus, in light of a related motion to compel currently pending in the District of Nevada (Heritage, WMC, and Cost Plus are collectively the "parties").

This Court previously continued the hearing date for WMC's pending quash motion from January 29, 2009 to March 19, 2009, and then to April 23, 2009, based upon the parties' filing of January 8, 2009 and February 23, 2009 joint stipulations requesting such relief. The prior stipulations requested a continuance because the information and materials that are the subject of Heritage's subpoena and WMC's motion to quash overlap at least in part with documents that are the subject of Heritage's motion to compel currently pending in the United States District Court for the District of Nevada, the court responsible for and most familiar with the underlying litigation and its background facts. As discussed in the prior stipulations, WMC cited this overlap in its moving papers. *See, e.g.*, WMC supporting memorandum of law at 4, 7 (arguing that the documents that Heritage seeks in its subpoena "are presently the subject of [a] dispute that is being heard on an expedited basis by the Nevada District Court").

As referenced in the parties' prior stipulations, Heritage's motion to compel in the District of Nevada has been fully briefed and was argued on January 15, 2009, and the parties await the court's decision on that motion to compel.

The parties remain in agreement that the resolution of Heritage's motion to compel could be helpful and potentially instructive to this Court, and that a 30-day continuance of the April 23, 2009 hearing date and all related filing deadlines remains desirable and warranted in the interests of judicial economy.

The parties stipulate that the deadline for all opposition and reply filings will be based upon the newly-selected hearing date, in accordance with the Northern District of California local rules.

The parties reserve all rights, remedies, objections, and arguments in connection with this motion to quash, including (1) Heritage's argument that WMC's motion was procedurally defective and not filed in accordance with the Northern District of California local rules; (2) WMC's and Cost Plus' argument that Heritage's subpoena was procedurally defective and not served in accordance with these local rules; and (3) Cost Plus' request that if WMC's motion to quash is denied and Cost Plus is ordered to comply with Heritage's subpoena, Heritage should be ordered to pay for Cost Plus' costs and fees.

Dated: April 1, 2009                                      IT IS SO STIPULATED.

| /s/ Michael A. Firestein | /s/Rob L. Phillips | /s/Marcy J. Bergman |
|---|---|---|
| Michael A. Firestein (SBN 110622)<br>mfirestein@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East<br>32nd Floor<br>Los Angeles, CA 90067-3206<br>Tel: 310.557.2900<br>Fax: 310.557.2193<br><br>Brendan J. O'Rourke*<br>Adam D. Siegartel*<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel: 212.969.3000<br>Fax: 212.969.2900<br>*Admitted *pro hac vice* in District of Nevada<br><br>*Attorneys for plaintiff-opposer Heritage-Nevada VIII, LLC* | Rob L. Phillips (SBN 175354)<br>phillipsr@gtlaw.com<br>Mark G. Tratos**<br>Ronald D. Green**<br>F. Christopher Austin**<br>GREENBERG TRAURIG LLP<br>3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, NV 89101<br>Tel: 702.792.3773<br>Fax: 702.792.9002<br><br>**Admitted in District of Nevada<br><br>*Attorneys for defendant-movant World Market Center Venture, LLC* | Marcy J. Bergman (SBN 75826)<br>(marcy.bergman@bryancave.com)<br>Bryan Cave LLP<br>Two Embarcadero Center<br>Suite 410<br>San Francisco, CA 94111<br>Tel: 415.675.3421<br>Fax: 415.675-3621<br><br>*Attorneys for joining party Cost Plus Management Services, Inc.* |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                            /s/   Michael A. Firestein
                                                  Michael A. Firestein

## ~~PROPOSED~~ ORDER

Having considered the foregoing third joint stipulation requesting a 30-day continuance of World Market Center Venture LLC's motion to quash subpoena, in light of related motion to compel pending in District of Nevada, it is HEREBY ORDERED that the hearing date for this motion is continued to _____May 28_____, 2009, and that all opposition and reply filings will be based upon this new hearing date in accordance with the Northern District of California local rules.

Date: 4/3/2009

_____
DISTRICT COURT JUDGE

[GRANTED — Judge Vaughn R Walker, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

THIRD JOINT STIPULATION
CASE NO. 3:08-MC-80245-VRW

4

**CERTIFICATE OF SERVICE**

I declare that: I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206. I am admitted to practice in the United States District Court for the Northern District of California.

On April 1, 2009, I caused a true and correct copy of the Third Joint Stipulation Requesting A 30-Day Continuance Of World Market Center Venture LLC's Motion To Quash Subpoena And Proposed Order Thereon, In Light Of Related Motion To Compel Pending In District of Nevada, to be served by first class mail and electronic mail upon counsel for World Market Center Venture, LLC and Cost Plus Management Services, Inc. at the following addresses:

| | |
|---|---|
| Ronald D. Green (greenro@gtlaw.com)<br>Greenberg Traurig LLP<br>3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, NV 89101<br>*Attorneys for movant*<br>*World Market Center Venture, LLC* | Marcy J. Bergman<br>(marcy.bergman@bryancave.com)<br>Bryan Cave LLP<br>Two Embarcadero Center<br>Suite 410<br>San Francisco, CA 94111<br>*Attorneys for joining party*<br>*Cost Plus Management Services, Inc.* |

Executed on April 1, 2009 at Los Angeles, California.

/s/ Michael F. Firestein
Michael F. Firestein