1  Michael A. Firestein (SBN 110622)
   mfirestein@proskauer.com
2  Joshua J. Pollack (SBN 215922)
   jpollack@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA 90067-3206
   Tel: 310.557.2900
5  Fax: 310.557.2193

6  Brendan J. O'Rourke*
   Adam D. Siegartel*
7  PROSKAUER ROSE LLP
   1585 Broadway
8  New York, NY 10036
   Tel: 212.969.3000
9  Fax: 212.969.2900
   *Admitted *pro hac vice* in District of Nevada
10
   *Attorneys for plaintiff-opposer*
11 *Heritage-Nevada VIII, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HERITAGE-NEVADA VIII, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WORLD MARKET CENTER<br>VENTURE, LLC,<br><br>　　　　Defendant. | Case No. 3:08-mc-80245-VRW<br><br>(Case No. 2:08-cv-00130-PMP-RJJ pending in the United States District Court for the District of Nevada)<br><br>**FIFTH JOINT STIPULATION REQUESTING A 60-DAY CONTINUANCE OF WORLD MARKET CENTER VENTURE LLC'S MOTION TO QUASH SUBPOENA AND PROPOSED ORDER THEREON, IN LIGHT OF RELATED MOTION TO COMPEL PENDING IN DISTRICT OF NEVADA** |

Plaintiff-opposer Heritage-Nevada VIII, LLC ("Heritage"), defendant-movant World Market Center Venture, LLC ("WMC"), and joining party Cost Plus Management Services, Inc. ("Cost Plus") hereby submit the following joint stipulation and proposed order for a 60-day continuance of the August 6, 2009

hearing date and all related opposition and reply deadlines in connection with WMC's pending motion to quash a subpoena that Heritage previously served upon Cost Plus, in light of a related motion to compel currently pending in the District of Nevada (Heritage, WMC, and Cost Plus are collectively the "parties").

As referenced in the parties' prior stipulations, Heritage's motion to compel in the District of Nevada has been fully briefed and was argued on January 15, 2009, and the parties await the court's decision on that motion to compel. After the parties filed their most-recent joint stipulation for a continuance in early May, Heritage and WMC had a May 13 status conference with the District of Nevada Magistrate who will decide Heritage's motion to compel, and the parties were told that a decision would be forthcoming shortly.

This Court previously continued the hearing date for WMC's pending quash motion, which was originally set for January 29, 2009, based upon the parties' filing of joint stipulations requesting such relief. The prior stipulations requested a continuance because the information and materials that are the subject of Heritage's subpoena and WMC's motion to quash overlap with documents that are the subject of Heritage's motion to compel currently pending in the United States District Court for the District of Nevada, the court responsible for and most familiar with the underlying litigation and its background facts. As discussed in the prior stipulations, WMC cited this overlap in its moving papers. *See, e.g.,* WMC supporting memorandum of law at 4, 7 (arguing that the documents that Heritage seeks in its subpoena "are presently the subject of [a] dispute that is being heard on an expedited basis by the Nevada District Court").

The parties remain in agreement that the resolution of Heritage's motion to compel could be helpful and potentially instructive to this Court, and that a 60-day continuance of the August 6, 2009 hearing date and all related filing deadlines remains desirable and warranted in the interests of judicial economy. Because the

FIFTH JOINT STIPULATION
CASE NO. 3:08-MC-80245-VRW

1  Nevada motion remains pending, and also in the interests of judicial economy, the
2  parties further agree that a 60-day continuance is now warranted.
3        The parties stipulate that the deadline for all opposition and reply filings will
4  be based upon the newly-selected hearing date, in accordance with the Northern
5  District of California local rules.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2  The parties reserve all rights, remedies, objections, and arguments in
3  connection with this motion to quash, including (1) Heritage's argument that
4  WMC's motion was procedurally defective and not filed in accordance with the
5  Northern District of California local rules; (2) WMC's and Cost Plus' argument
6  that Heritage's subpoena was procedurally defective and not served in accordance
7  with these local rules; and (3) Cost Plus' request that if WMC's motion to quash is
8  denied and Cost Plus is ordered to comply with Heritage's subpoena, Heritage
9  should be ordered to pay for Cost Plus' costs and fees.

10

11  Dated: July 10, 2009                                    IT IS SO STIPULATED.

12

| /s/ Michael A. Firestein<br>Michael A. Firestein (SBN 110622)<br>mfirestein@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East<br>32nd Floor<br>Los Angeles, CA 90067-3206<br>Tel: 310.557.2900<br>Fax: 310.557.2193<br><br>Brendan J. O'Rourke*<br>Adam D. Siegartel*<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel: 212.969.3000<br>Fax: 212.969.2900<br>*Admitted *pro hac vice* in District of Nevada<br><br>*Attorneys for plaintiff-opposer Heritage-Nevada VIII, LLC* | /s/Rob L. Phillips<br>Rob L. Phillips (SBN 175354)<br>phillipsr@gtlaw.com<br>Mark G. Tratos**<br>Ronald D. Green**<br>F. Christopher Austin**<br>GREENBERG TRAURIG LLP<br>3773 Howard Hughes Parkway<br>Suite 500 North<br>Las Vegas, NV 89101<br>Tel: 702.792.3773<br>Fax: 702.792.9002<br><br>**Admitted in District of Nevada<br><br>*Attorneys for defendant-movant World Market Center Venture, LLC* | /s/Marcy J. Bergman<br>Marcy J. Bergman (SBN 75826)<br>(marcy.bergman@bryancave.com)<br>Bryan Cave LLP<br>Two Embarcadero Center<br>Suite 410<br>San Francisco, CA 94111<br>Tel: 415.675.3421<br>Fax: 415.675-3621<br><br>*Attorneys for joining party Cost Plus Management Services, Inc.* |
|---|---|---|

24  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

25

26                                    ___/s/   Joshua J. Pollack_____
                                              Joshua J. Pollack

27

28

# ~~PROPOSED~~ ORDER

Having considered the foregoing joint stipulation requesting a 60-day continuance of World Market Center Venture LLC's motion to quash subpoena and the August 6, 2009 hearing date and all related opposition and reply deadlines, in light of related motion to compel pending in District of Nevada, it is HEREBY ORDERED that the hearing date for this motion is continued to __October 22, 2009 at 10:00AM__, 2009, and that all opposition and reply filings will be based upon this new hearing date in accordance with the Northern District of California local rules.

_____
DISTRICT COURT JUDGE
Dated:



GRANTED
Judge Vaughn R Walker
7/31/09

...

# CERTIFICATE OF SERVICE

I declare that: I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206. I am admitted to practice in the United States District Court for the Northern District of California.

On July 10, 2009, I caused a true and correct copy of the Fifth Joint Stipulation Requesting A 60-Day Continuance Of World Market Center Venture LLC's Motion To Quash Subpoena And Proposed Order Thereon, In Light Of Related Motion To Compel Pending In District of Nevada, to be served by first class mail and electronic mail upon counsel for World Market Center Venture, LLC and Cost Plus Management Services, Inc. at the following addresses:

| | |
|---|---|
| Ronald D. Green (greenro@gtlaw.com) <br> Greenberg Traurig LLP <br> 3773 Howard Hughes Parkway <br> Suite 500 North <br> Las Vegas, NV 89101 <br> *Attorneys for movant* <br> *World Market Center Venture, LLC* | Marcy J. Bergman <br> (marcy.bergman@bryancave.com) <br> Bryan Cave LLP <br> Two Embarcadero Center <br> Suite 410 <br> San Francisco, CA 94111 <br> *Attorneys for joining party* <br> *Cost Plus Management Services, Inc.* |

Executed on July 10, 2009 at Los Angeles, California.

                                                 /s/   Joshua J. Pollack
                                                 Joshua J. Pollack